Laura A. Haack, Respondent, *v.* The Brooklyn Labor Lyceum Association, Appellant.

Bruno Haack, an Infant, by Laura A. Haack, His Guardian ad Litem, Respondent, *v.* The Brooklyn Labor Lyceum Association, Appellant.

*Haack* v. *Brooklyn Labor Lyceum Assn.*, 112 App. Div. 888, appeal dismissed.
*Haack* v. *Brooklyn Labor Lyceum Assn.*, 112 App. Div. 888, appeal dismissed.
(Argued June 4, 1906; decided June 12, 1906.)

Motion to dismiss an appeal, by permission, in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 22, 1906, affirming a judgment in favor of

plaintiff entered upon a verdict and an order denying a motion for a new trial in actions, one to recover for loss of services and the other to recover for personal injuries occasioned by defendant's alleged negligence.

The motions were made upon the grounds that no questions were involved which could be reviewed by the Court of Appeals.

*George H. Follwell* for motions.

*Percival S. Menken* opposed.

Motion in each case granted and appeal dismissed, with costs and ten dollars costs of motion.